```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

DOLORES NUCCIO,                  )
                                 )
              Plaintiff,         )
                                 )
       v.                        )    No. 12 C 581
                                 )
WATSON DWYER, INC.,              )
                                 )
              Defendant.         )
```

## MEMORANDUM ORDER

Watson Dwyer, Inc. ("Watson Dwyer") has filed its Answer and Affirmative Defense to the employment discrimination claims brought against it by Dolores Nuccio ("Nuccio"). This memorandum order is issued sua sponte because of the challenge to federal jurisdiction that is reflected in the Answer.

There are a number of problems with Watson Dwyer's submission as a pleading matter, but those will not be addressed here because of the overriding threshold need to determine whether federal subject matter jurisdiction exists. Answer ¶1 asserts that "Watson Dwyer did not employee [sic] the minimum number of employees required by these Federal Statutes." If that is indeed the case, this action would have to be dismissed for lack of such jurisdiction (no other predicate for federal jurisdiction is suggested by Nuccio's Complaint).

Accordingly this action is set for a status hearing at 9 a.m. May 10, 2012. At or before that date Watson Dwyer's counsel is ordered to file, and to deliver to Nuccio's counsel, a

verified statement as to the employment information that supports the assertion in Answer ¶1. That subject can then be discussed at the scheduled status hearing.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 3, 2012